PUBLISH

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

No. 98-6708
Non-Argument Calendar

D.C. Docket No. CV-98-A-895-N

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
10/28/98

THOMAS K. KAHN
CLERK

REFORM PARTY OF ALABAMA, an unincorporated
association of electors of the State of Alabama;
ROBIN COLLINS, et al.,

                                        Plaintiffs-Appellants,

        versus

JIM BENNETT, in his official capacity as
Secretary of State of the State of Alabama;
BILL PRYOR, in his official capacity as
Attorney General of the State of Alabama, et al.,

                                        Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Alabama

_____

**(October 28, 1998)**

Before HATCHETT, Chief Judge, TJOFLAT and EDMONDSON, Circuit Judges.

PER CURIAM:

This appeal is affirmed for the reasons expressed in the district court's September 8, 1998 order, cited as <u>Reform Party of Alabama v. Bennett</u>, _____ F. Supp. 2d _____, Civil Action No. 98-A-895-N (M.D. Ala. Sept. 8, 1998).

**AFFIRMED.**